UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNULFO SANCHEZ and DOMINGA BONILLA SANCHEZ,<br><br>Plaintiffs,<br><br>v.<br><br>REYES COCA-COLA BOTTLING LLC, et al.,<br><br>Defendants. | Case No.: 22cv1024-LL-WVG<br><br>**ORDER GRANTING JOINT MOTION TO REMAND**<br><br>[ECF No. 5] |

On August 8, 2022, the parties filed a Joint Motion to Remand. ECF No. 5. The case was recently removed based on diversity jurisdiction. ECF No. 1. In the Joint Motion to Remand, the parties stipulate that remand is appropriate because of "the lack of complete diversity of citizenship of the parties." ECF No. 5-1 at 10. Upon consideration of the parties' Joint Motion to Remand and good cause appearing, the Court **GRANTS** the joint motion and **REMANDS** this action to the San Diego County Superior Court.

**IT IS SO ORDERED.**

Dated:  August 9, 2022

_____
Honorable Linda Lopez
United States District Judge

1

22cv1024-LL-WVG